Before: JAMES R. DOWD, P.J.,
LAWRENCE G. CRAHAN, J., and
RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Appellants appeal from the trial court's order granting Meridian Enterprises Corporation's Motion to Enforce Settlement and Motion to Quash Garnishment. The trial court concluded that the parties were bound by a settlement agreement and ordered Appellants to cease all garnishment and execution efforts based on the judgment entered on May 24, 1996.

We have reviewed the briefs and record on appeal. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

The judgment of the trial court is affirmed pursuant to Rule 84.16(b).

Kimberly A. Maschmeyer, St. Louis, for respondent.

Before: JAMES R. DOWD, P.J.,
LAWRENCE G. CRAHAN, J., and
RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

This is an action to recover proceeds under a life insurance policy allegedly issued to Appellant Ernestine Smith's deceased husband. Appellant appeals the grant of summary judgment in favor of Respondents, American Family Life Insurance and Gary Henderson, an agent of American Family Life Insurance.

We have reviewed the briefs and the record. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).*

▪

**Ernestine SMITH, Plaintiff/Appellant,**

v.

**AMERICAN FAMILY LIFE IN-SURANCE, et al., Defendants/Respondents.**

No. 74354.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 19, 1999.

Coggan R. Mills, Nancy W. Mills, St. Louis, for appellant.

▪

**Oscar TOGHIYANY and Michael Sadri, Plaintiffs/Respondents,**

v.

**CITY OF BERKELEY, et al., Defendants/Appellants.**

No. 74300.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 19, 1999.

* Respondents' joint motion to strike Appellant's brief or alternatively to dismiss Appellant's ap-
peal, which was taken with the case, is denied.